UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Carlos Rodriguez,

    Plaintiff,                    CASE NO. 14-cv-61509-Bloom/Valle

v.

Hiday & Ricke, P.A., Joseph Michael Eckelkamp,
and Dodge Enterprises, Inc.,

    Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants Hiday & Ricke, P.A, hereinafter "HR," Joseph Michael Eckelkamp, hereinafter "Eckelkamp," and Dodge Enterprises, Inc., (collectively referred to as "defendants") by and through its undersigned attorneys answers the plaintiff's complaint, sets forth its affirmative defenses and states as follows:

### ANSWER

1. Defendants admit the allegations contained in paragraphs 5, 7-11, 14, 15, 34, 35, 39 and 40.

2. Defendants deny the allegations contained in paragraphs 2-6, 12, 13, 20, 21, 24, 26-31, 36, 37 and 41-43.

3. Defendants are without sufficient to admit or deny the veracity of the allegations contained in paragraphs 1, 16-19, 22, 23, 25 and 32 and therefore deny and demand strict proof thereof.

4. Responses to the allegations contained within paragraphs 33 and 38 have been previously alleged.

5. Any allegation to which there may not be a response is denied.

## AFFIRMATIVE DEFENSES

1. This Court lacks subject-matter jurisdiction over the plaintiff's complaint pursuant to the *Rooker-Feldman* doctrine.

2. The complaint fails to state a claim upon which relief can be granted for a violation of the Fair Debt Collection Practices Act because, <u>inter</u> <u>alia</u>, the required debt validation notice was sent to the plaintiff.

3. Plaintiff's complaint fails to state a claim upon which relief can be granted as to the Florida Consumer Collection Practices Act (FCCPA) in that, <u>inter</u> <u>alia</u>,: (1) plaintiff fails to allege any provision of the FCCPA which was allegedly violated; and (2) plaintiff is not seeking damages as to this count from any of the named defendants.

WHEREFORE, defendants request that the Court enter judgment in its favor and against plaintiff and for and award of defendant's attorney's fees and costs pursuant to 15 U.S.C. §1692k(a)(3) and Fla.Stat. §559.77(2), and other applicable rules and law, together with any other relief that the Court deems appropriate.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 7th day of August, 2014, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is also being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, to wit: Carlos Rodriguez, 1455 N. Treasure Dr., 5H, North Bay Village, FL 33141.

Hiday & Ricke, P.A.

By:/s/ Jeffrey R. Becker
Jeffrey Becker, Esquire
Post Office Box 550858
Jacksonville, FL 32255
(904) 363-2769  Fax: (904) 363-0538
Email: jbecker@hidayricke.com
Florida Bar No.: 792977
File No. 201401712