

0 Item(s) in Basket | Home | Online Services | About us | Contact us

**HARVEY RUVIN**
**CLERK of the COURTS**
**MIAMI-DADE COUNTY, FLORIDA**

## Civil Court Online System - Docket Information

BACK TO SEARCH RESULTS     ALL PARTIES     START A NEW SEARCH

**SEARS ROEBUCK & CO vs RODRIGUEZ, CARLOS**
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

Case Number (LOCAL): 2002-26876-CC-23    Dockets Retrieved: 81    Filing Date: 10/31/2002
Case Number (STATE): 13-2002-CC-026876-0000-23                                      Judicial Section: 02

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 07/30/2014 | | ORDER GRANTING TELEPHONIC HEARING | 09/02,2014 @0930 AM |
| 07/24/2014 | | MOTION FOR TELEPHONIC HEARING | |
| 07/24/2014 | | NOTICE OF HEARING- | MOTIONS 09/02/2014 09:30 AM |
| 07/22/2014 | | NOTICE HEARING- | MOTIONS 09/02/2014 09:30AM LS:23/02 |
| 06/26/2014 | | AFFIDAVIT OF: | IN SUPPORT OF PLTF'S OBJECTION TO PERFECT LIEN ON PLNT |
| 06/26/2014 | | OBJECTION: | TO COURT'S ORDER TO PERFECT LIEN ON PLTF'S MOTOR VEHIC |
| 06/06/2014 | 29184 / 910 Pages: 2 | COURT ORDER | BK:29184 PG:0910 GRANTING PNTF TO PERFECT MOTOR VEHICLE LIEN |
| 06/03/2014 | | COURT REGISTRY VOUCHER ISSUED | $ 100.00 # STEVEN M. WEINGER, ESQ |
| 05/29/2014 | | MEMORANDUM OF DISPOSITION | MOTIONS |
| 05/15/2014 | 29155 / 2359 Pages: 1 | ORDER TO DISBURSE COURT REGISTRY MONIES | BK:29155 PG:2359 |
| 05/15/2014 | 29155 / 2359 Pages: 1 | ORDER DISSOLVING GARNISHMENT | BK:29155 PG:2359 GN01 |
| 05/15/2014 | | MEMORANDUM OF DISPOSITION | MOTIONS |
| 05/15/2014 | | ORDER: | GRANTING DEFT CLAIM OF EXEMPTION |
| 05/14/2014 | | ORDER GRANTING TELEPHONIC HEARING | MAY 15, 2014 9:30AM |
| 05/14/2014 | | AFFIDAVIT OF: | IN SUPPORT OF MOTION FOR RELIEF |
| 05/14/2014 | | AFFIDAVIT OF: | AFFIDAVIT IN SUPPORT OF MOTI FOR RELIEF FROM VOID JUDG |
| 05/14/2014 | | RECEIPT: | REOPENING FEE $50.00 RECE # 2710006 |
| 05/14/2014 | | MOTION: | FOR RELIEF FROM VOID JUDGMENT |
| 05/14/2014 | | MOTION: | ATY:88888888 R:2710006 TO REOPEN |

| Date | Book/Page | Description | Details |
|---|---|---|---|
| 05/13/2014 | | MOTION FOR TELEPHONIC HEARING | |
| 05/06/2014 | | NOTICE: | AFFIDAVIT ANSWERING AFFIDAVIT OF EXEMPTION |
| 05/06/2014 | | NOTICE OF HEARING- | MOTIONS 05/15/2014 09:30 AM |
| 05/06/2014 | | NOTICE OF TAKING DEPOSITION | |
| 05/06/2014 | | NOTICE: | OF GARNISHMENT |
| 05/05/2014 | | NOTICE HEARING- | MOTIONS 05/15/2014 09:30AM LS:23/02 |
| 05/01/2014 | | NOTICE: | COPY OF RETURN OF SERVICE WITHOUT WRIT |
| 04/28/2014 | | CLAIM OF EXEMPTION AND REQUEST FOR HEARING | |
| 04/28/2014 | | AFFIDAVIT OF: | OF EXEMPTION BY HEAD OF FAMILY |
| 04/28/2014 | | NOTICE: | OF DISPUTE |
| 04/15/2014 | | NOTICE: | OF RIGHT AGAINST GARNISHMENT |
| 04/03/2014 | | ORDER GRANTING TELEPHONIC HEARING | 05/29/14 @ 9:30AM |
| 04/01/2014 | | COURT REGISTRY DEPOSIT | $ 100.00 JOSEPH ECKELKAMP |
| 03/31/2014 | | CONTINUING WRIT OF GARNISHMENT ISSUED | GN02 |
| 03/25/2014 | | NOTICE OF HEARING- | MOTIONS 05/29/2014 09:30 AM |
| 03/25/2014 | | MOTION FOR TELEPHONIC HEARING | |
| 03/21/2014 | | MOT FOR CONTI WRIT OF GARNISH | |
| 03/20/2014 | | NOTICE HEARING- | MOTIONS 05/29/2014 09:30AM LS:23/02 |
| 02/27/2014 | | NOTICE: | COPY OF RETURN OF SERVICE WITHOUT SUBPOENA |
| 02/12/2014 | | MOTION: | FOR ORDER TO PERFECT MOTOR VEHICLE LIEN |
| 01/16/2014 | | NOTICE OF FILING: | SAME NAME AFFIDAVIT |
| 01/13/2014 | | NOTICE: | TO CARLOS RODRIGUEZ |
| 05/01/2011 | | CASE ELIGIBLE FOR DESTRUCTION : | 05/01/2011 |
| 04/13/2010 | | SUBPOENA RETURNED | |
| 03/12/2010 | | NOTICE OF TAKING DEPOSITION | |
| 03/08/2010 | | SUBPOENA RETURNED | |
| 02/08/2010 | | NOTICE OF TAKING DEPOSITION | AND REQUEST FOR PRODUCTION |
| 02/17/2009 | 26755 / 2507 Pages: 2 | SATISFACTION OF JUDGMENT | BK:26755 PG:2507 GN01 |
| 12/16/2008 | 26689 / 195 Pages: 1 | ORDER TO DISBURSE COURT REGISTRY MONIES | BK:26689 PG:0195 |
| 12/16/2008 | 26689 / 195 Pages: 1 | FINAL JDGMT AGNST GARNISH | $ 0.00 BK:26689 PG:0195 GN01 |
| 11/24/2008 | | TEXT | CERTIFICATE OF COSTS |
| 11/24/2008 | | AFFIDAVIT OF PROOF(CLAIM) | |
| 11/24/2008 | | MOTION FOR FINAL JUDGEMENT IN GARNISHMENT | |
| 11/03/2008 | | NOTICE: | OF GARNISHMENT |

| Date | Book/Page | Event | Details |
|---|---|---|---|
| 10/30/2008 | | ISSUED COURT REGISTRY CHECK | $ 100.00 GARRIDO & RUNDQUIST, P.A. GN01 |
| 10/30/2008 | | TEXT | MAILED |
| 10/27/2008 | | ANSWER OF GARNISHEE | GN01 |
| 10/06/2008 | | WRIT OF GARNISHMENT RET | BADGE # 3 S 09/22/2008 GN01 |
| 09/25/2008 | | NOTICE: | TO DN OF RT AGAINST GARNISHMENT OF WGS, MONEY & OTHER |
| 09/03/2008 | | WRIT OF GARNISHMENT ISSUED | GN01 |
| 09/03/2008 | | COURT REGISTRY DEPOSIT | $ 100.00 DEANA Z. AWADALLAH |
| 08/28/2008 | | MOTION FOR GARNISHMENT | |
| 07/28/2008 | | SUBPOENA RETURNED | |
| 06/19/2008 | | SUBPOENA RETURNED | |
| 06/19/2008 | | NOTICE OF PRODUCTION | |
| 03/10/2008 | | NOTICE OF PRODUCTION | |
| 12/24/2007 | | NOTICE OF APPEARANCE | ATTORNEY: 00676306 DN01 |
| 12/24/2007 | | NOTICE: | NOTICE OF ASSIGNMENT OF JUDGMENT |
| 12/24/2007 | | REQUEST FOR ADMISSIONS | |
| 05/29/2003 | | SUBPOENA RETURNED | |
| 05/15/2003 | | REQUEST FOR PRODUCTION | |
| 04/10/2003 | | REQUEST FOR ADMISSIONS | |
| 01/30/2003 | | AFFIDAVIT AS TO INTEREST | |
| 01/29/2003 | 20965 / 2678 Pages: 1 | FINAL JUDGMENT | J $ 6016.86 BK:20965 PG:2678 DN01 |
| 01/24/2003 | | DEFAULT | DN01 |
| 01/21/2003 | | NON-MILITARY AFFIDAVIT | |
| 01/21/2003 | | MOTION: | FOR FINAL JUDGMENT |
| 01/21/2003 | | MOTION FOR DEFAULT | |
| 01/21/2003 | | NOTICE OF FILING: | VERIFIED STATEMENT OF ACCOUNT |
| 11/25/2002 | | SERVICE RETURNED | BADGE # 3 P 11/16/2002 DN01 |
| 10/31/2002 | | COMPLAINT | $ 5731.38 |
| 10/31/2002 | | SUMMONS ISSUED | DK01 DN01 |

BACK TO SEARCH RESULTS        ALL PARTIES        START A NEW SEARCH

Civil Search Home | Civil Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.



S0142976