UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61509-CIV-BLOOM/Valle

**CARLOS RODRIGUEZ**,

    Plaintiff,

v.

**HIDAY & RICKE, PA** *et al.*,

    Defendants.

_____/

## ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **August 28, 2014**. In addition, by **August 28, 2014**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 8th day of August, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The parties must not include Judge Bloom and U.S. Magistrate Judge Valle as interested parties unless they have an interest in the litigation.