UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by ___ D.C.
SEP 2 4 2014
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

CARLOS RODRIGUEZ
    Plaintiff

Vs.                      CASE #:14-CV-61509-BLOOM/VALLE

HIDAY & RICKE P.A
JOSEPH MICHAEL ECKELKAMP Esq., Individually
DODGE ENTERPRISES INC
    Defendants
_____/

## NOTICE OF MEDIATOR SELECTION

Plaintiff, CARLOS RODRIGUEZ, *pro se*, and Defendant, HIDAY & RICKE P.A, JOSEPH MICHAEL ECKELKAMP and DODGE ENTERPRISES INC hereby provide notice that the parties have agreed to Sam Heller, of Upchurch Watson, White & Max Fellow, as mediator. By agreement of the parties and the mediator, the mediation conference in this action will be conducted on <u>February 3, 2015 @ 9:00 a.m.</u> at the following location:

    Upchurch Watson, White & Max Fellow
    *Biscayne Building*
    *19 West Flagler Street, Suite 507*
    *Miami, FL 33131*

Date: <u>September 24, 2014</u>

By: _____
Carlos Rodriguez
1455 N TREASURE DR 5H
NORTH BAY VILLAGE FL 33141
carrod5959@hotmail.com

By: _____
Jeffrey R. Becker, Esq.
Florida Bar No. 792977
jbecker@hidayricke.com
HIDAY & RICKE PA
PO BOX 550858
JACKSONVILLE FL 32255
Telephone: 904-363-2769
Facsimile: 904-363-0538
Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Mediator Selection was filed on <u>September 24, 2014</u> and furnished US Postal Service to:

Jeffrey R. Becker, Esq.
Florida Bar No. 792977
<u>jbecker@hidayricke.com</u>
HIDAY & RICKE PA
PO BOX 550858
JACKSONVILLE FL 32255
Telephone: 904-363-2769
Facsimile: 904-363-0538
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-61509-CIV-BLOOM/VALLE

CARLOS RODRIGUEZ,
Plaintiff(s),
v.
HIDAY & RICKE P.A, JOSEPH MICHAEL ECKELKAMP and DODGE ENTERPRISES INC,
Defendant(s).
_____/

| | |
|---|---|
| Carlos Rodriguez, Esquire<br>1455 N TREASURE DR 5H<br>NORTH BAY VILLAGE, FL 33141<br>Email: carrod5959@hotmail.com | Jeffrey R. Becker, Esquire<br>Hiday & Ricke, P.A.<br>Post Office Box 550858<br>Jacksonville, FL  32255-0858<br>Email: jbecker@hidayricke.com |

## NOTICE OF MEDIATION

**YOU ARE HEREBY NOTIFIED,** pursuant to the agreement of the parties and the provisions of Florida Statutes Chapter 44, that a Mediation Conference has been scheduled as follows:

*Mediator:*  **Samuel L. Heller**
*Mediation Date:*  **February  3, 2015**
*Mediation Time:*  **9:00 am**
*Mediation Location:* **Upchurch Watson White & Max, Biscayne Building, 19 West Flagler Street, Suite 507, Miami,  FL  33130**
*Time Reserved:*  **3.00 Hours**

---

The terms and provisions of the confirmation letter accompanying this Notice of Mediation are hereby incorporated by reference into this Notice of Mediation.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled to the provision of certain assistance at no cost to you. Please contact the ADA Coordinator in the Administrative office of Upchurch Watson White & Max, 125 S. Palmetto Avenue, Daytona Beach, FL 32114, Telephone 386-253-1560 or 800-264-2622, within two (2) working days of receipt of this Notice of Mediation.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been served by e-mail to the above named addressees on Tuesday, September 23, 2014.

UPCHURCH WATSON WHITE & MAX
Royal Palm at Southpointe
900 South Pine Island Road, Suite 410
Plantation, FL 33324
Phone: 954-423-8856 / Fax: 954-334-2838
Toll Free: 800-863-1462
Website: www.uww-adr.com

BY: _____
Samuel L. Heller, Esquire
FL Bar No. 35148

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE #:14-CV-61509-BLOOM/VALLE

CARLOS RODRIGUEZ
    Plaintiff

Vs.

HIDAY & RICKE P.A
JOSEPH MICHAEL ECKELKAMP Esq., Individually
DODGE ENTERPRISES INC
    Defendants
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Sam Heller, as mediator, on <u>February 3, 2015 @ 9:00 a.m.</u> at the following location:

    Upchurch Watson, White & Max Fellow
    *Biscayne Building*
    *19 West Flagler Street, Suite 507*
    *Miami, FL 33131*

    ENTERED this _____ day of _____, 2014.

                                                 _____
                                                 HONORABLE BETH BLOOM
                                                 U.S. DISTRICT JUDGE

Copies furnished to:
Counsel and Parties of Record