UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-61509-CIV-BLOOM/VALLE

**CARLOS RODRIGUEZ**,

    Plaintiff,

v.

**HIDAY & RICKE, PA**, *et al.*,

    Defendants.

_____/

## **ORDER**

**THIS CAUSE** came before the Court on Defendants' Motion for Summary Judgment, ECF No. [11], filed on August 7, 2014, and Plaintiff's Motion to Amend Complaint, ECF No. [33], filed on October 17, 2014.

"A district court may deny a motion to amend on 'numerous grounds, such as undue delay, undue prejudice to the defendants, and futility of the amendment.'" *Diaz v. Burchette*, No. 13-13958, 2014 WL 4667335 (11th Cir. Sept. 22, 2014) (quoting *Maynard v. Bd. of Regents of the Div. of Univs. Of the Fla. Dep't of Educ.*, 342 F.3d 1281, 1287 (11th Cir. 2003)). Here, Plaintiff's Motion to Amend Complaint was filed after Defendants filed their Motion for Summary Judgment, and based on the amendments proposed, the Court finds that the amendments seek to avoid the merits of Defendants' summary judgment motion. *See Lowe's Home Cntrs, Inc. v. Olin Corp.*, 313 F.3d 1307, 1315 (11th Cir. 2002) ("It is not an abuse of discretion for a district court to deny a motion for leave to amend a complaint when such motion is designed to avoid an impending adverse summary judgment."). Thus, Plaintiff's Motion to Amend Complaint is due to be denied.

Turning to the summary judgment motion, to date, the record reflects that Plaintiff has

failed to respond to Defendants' Motion. "Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen days after service of the motion as computed in the Federal Rules of Civil Procedure. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(C). Even though Plaintiff is proceeding *pro se*, he still has the right to respond to the summary judgment motion, and has the right to present evidence to counter Defendants' version of material facts. *See Gandy v. Reid*, 505 F. App'x 908, 912 (11th Cir. 2013) (citing *Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)). If Plaintiff does not respond to the summary judgment motion, the Court will proceed to decide the motion without any response from Plaintiff.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion to Amend Complaint, **ECF No. [33]**, is **DENIED**;

2. Plaintiff's Amended Complaint, **ECF No. [34]**, is **STRICKEN**;

3. Plaintiff shall file his opposing memorandum to Defendants' Motion for Summary Judgment on or before **November 28, 2014**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 7th day of November, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record