UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CARLOS RODRIGUEZ
    Plaintiff

Vs.                        CASE #:14-CV-61509-BLOOM/VALLE

HIDAY & RICKE P.A
JOSEPH MICHAEL ECKELKAMP Esq., Individually
DODGE ENTERPRISES INC
    Defendants
_____/

### PLAINTIFF'S MOTION TO SEAL
### FOR ENTRY OF CONFIDENTIALITY PROTECTIVE ORDER

Pursuant to Rules 7(b) and 26(c) of Federal Rules of Civil Procedure and Local Rule 7.2, The Plaintiff, Carlos Rodriguez. ("Plaintiff") respectfully moves for entry of a Confidentiality Protective Order, attached hereto as Exhibit 1, in order to facilitate discovery. In support of this motion Plaintiff states:

1. Plaintiff seeks production of documents and records from Defendants in the above styled action ("the Lawsuit") which may contain sensitive, propriety, confidential business information ("Confidential Documents"), the disclosure of which Defendants believe may be harmful to their business interests and will not be disclose

2. Plaintiff has requested certain records and documents from Defendants which have been withhold due to its "alleged" confidentiality.

3. Plaintiff has conferred with Defendants' counsel and he has advised that "his clients will not be producing privileged matters and they will not consent to a protective order on the subject", and that he opposes entry of the Stipulated Confidentiality Protective Order attached hereto as Exhibit "1".

## Certification under Local Rule 7.1

Plaintiff certifies that he has conferred with Defendants' counsel Jeffrey R. Becker, by email, and he had advised he oppose entry of the attached order.

WHEREFORE, for the reasons set forth above, good cause exists for entry of the requested Confidentiality Protective Order in this action, and this Court should grant this motion and enter the attached proposed Protective Order.

Respectfully submitted,                               Dated:  December 31, 2014

*/s/ Carlos Rodriguez*
Carlos Rodriguez
1455 N TREASURE DR 5H
NORTH BAY VILLAGE FL 33141
carrod5959@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served by US Mail this 31th day of December, 2014 to the party listed below.

Jeffrey R. Becker, Esq.
Florida bar No. 792977
jbecker@hidayricke.com
HIDAY & RICKE PA
PO BOX 550858
JACKSONVILLE FL 32255
Telephone: 904-363-2769
Facsimile: 904-363-0538
Attorneys for Defendants