UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-61509-CIV-BLOOM/VALLE

**CARLOS RODRIGUEZ**,

    Plaintiff,

v.

**HIDAY & RICKE, P.A.**, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [50], filed on February 4, 2015. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that:

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. [50]**, is **APPROVED** and **ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**;
2. Each party is to bear its own attorneys' fees and costs;
3. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of February, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

Carlos Rodriguez, *Pro Se*
1455 N. Treasure Drive, 5H
North Bay Village, FL 33141