FILED BY ___ D.C.

FEB - 9 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61509-CIV-BLOOM/VALLE

CARLOS RODRIGUEZ,

    Plaintiff,

-vs-

HIDAY & RICKE, P.A., JOSEPH MICHAEL ECKELKAMP and DODGE ENTERPRISES, INC.,

    Defendants.
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on February 3, 2015. The conference resulted in the following:

1. The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

    (a)    All Plaintiffs and their respective trial counsel.

    (b)    All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

2. The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered: None.

3. The case was completely settled. Counsel shall submit a stipulation for dismissal or other final disposition.

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2015 a copy of the above was sent via Electronic Mail to: **Carlos Rodriguez, Pro Se**, carrod5959@hotmail.com; **Jeffrey R. Becker, Esquire**, jbecker@hidayricke.com. and to **Melissa S. Comras, Esquire**, mcomras@hidayricke.com.

Respectfully submitted,

Samuel L. Heller, Mediator
Mediator # 5788 CRA
Upchurch Watson White & Max
900 South Pine Island Rd., Suite 410
Plantation, FL 33324
Phone: 954-423-8856 Fax: 407-661-5743
Cell Phone: 954-865-9900
sheller@uww-adr.com