UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61509-CV-BLOOM

CARLOS RODRIGUEZ,
    Plaintiff,

vs.

HIDAY & RICKE, PA, et al.,
    Defendants.
_____/

COURT MINUTES

MAGISTRATE JUDGE: ALICIA O. VALLE

DEPUTY CLERK: Debbie Donovan

COURT REPORTER/ DAR  11:13:53 – 13:00:52
Restart 13:11:36 –

DATE: 3-20-14  TIME: 11:00am to 2:30pm (3½ hrs)

TYPE OF HEARING: MOTION TO SET ASIDE MEDIATION REPORT (ECF No. 53)

COUNSEL: Carlos Rodriguez, Pro Se — present
    Jeffrey Randolph Becker, Esq. - (D) present

REMARKS: EVIDENTIARY Hearing held.

Interpreter present – Ren Custin
Mediator present – Samuel Heller
Carlos Rodriguez – sworn
Samuel Heller – sworn
    Court exhibit 1 – (3 page document Heller faxed to plntff)

Court will do an R & R.